# EXHIBIT A

## NOTICE OF CONSENT TO JOIN

Pursuant to 29 U.S.C. § 216(b), I, __Leeza Garvin__ consent to become a party plaintiff in this action.

06/21/16
_____
DATE

_[signature]_
_____
CLIENT SIGNATURE