# EXHIBIT C

# MORGAN & MORGAN®
*Attorneys At Law*

600 N. PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324
(954) 318-0268
FAX: (954) 327-3011

September 16, 2016

VIA CERTIFIED MAIL
Eric Langan
10959 Cutten Road
Houston, TX 77066

   **Re:**  *Leeza Garvin, et al. v Tootsie's Cabaret*

**Notice Pursuant to Fla. Stat. § 448.110(6): Class Action claims for minimum wages under Article X, Section 24 of the Florida Constitution**

To Whom This Concerns:

  This firm currently represents Leeza Garvin and Janell Farnsworth, and a putative class comprised of all entertainers/dancers who worked for you and your nightclub, Tootsie's Cabaret, since September 2011, who are seeking unpaid minimum wages under Article X, Section 24 of the Florida Constitution. Please accept this correspondence as Notice pursuant to Fla. Stat. § 448.110(6) regarding unpaid wages due and owing such entertainers, in the amount of approximately $25,774,908.00. Further, please allow this to serve as a demand for an additional $25,774,908.00 for mandatory liquidated damages under Article X, Section 24 of the Florida Constitution.

  Although our primary clients are Leeza Garvin and Janell Farnsworth, the issue they have with you- unpaid minimum wages- is a common issue with respect to all entertainers/dancers who worked for you during the time period referenced above (collectively "dancers"). Thus, Ms. Garvin and Ms. Farnsworth seek to represent a class composed of all dancers employed by you within the last five years as a class action pursuant to Florida Rule of Civil Procedure 1.220, Rule 23 of the Federal Rules of Civil Procedure and as endorsed by Article X, Section 24(e) of the Florida Constitution.

  Each of these dancers allege that they were not paid the proper minimum wages pursuant to Article X, Section 24 of the Florida Constitution because Tootsie's Cabaret, based upon my review, failed to pay its dancers minimum wages for all hours worked. As such, Ms. Garvin and Ms. Farnsworth have a claim for unpaid wages under the FLSA and the Florida Statute

www.forthepeople.com

ATLANTA, GA ♦ BOWLING GREEN, KY ♦ COLUMBUS, GA ♦ DAYTONA BEACH, FL ♦ FT. MYERS, FL ♦ JACKSON, MS ♦ JACKSONVILLE, FL ♦ KISSIMMEE, FL ♦ LAKELAND, FL
LEXINGTON, KY ♦ LOUISVILLE, KY ♦ MELBOURNE, FL ♦ MEMPHIS, TN ♦ MOBILE, AL ♦ NAPLES, FL ♦ NASHVILLE, TN ♦ NEW YORK, NY ♦ ORLANDO, FL ♦ PENSACOLA, FL
PLANTATION, FL ♦ PRESTONSBURG, KY ♦ ST. AUGUSTINE, FL ♦ ST. PETERSBURG, FL ♦ SARASOTA, FL ♦ SAVANNAH, GA ♦ TALLAHASSEE, FL ♦ TAMPA, FL ♦ TAVARES, FL
THE VILLAGES, FL ♦ WEST PALM BEACH, FL ♦ WINTER HAVEN, FL

§448.110, et. seq (the Florida Minimum Wage Act). Specifically, throughout the last 5 years, Tootsie's Cabaret has maintained a policy common to all of its dancers, whereby it appears that your company has failed to pay its dancers minimum wages for all hours worked.

Based on our investigation and information from our client, Tootsie's Cabaret employs approximately one hundred (100) dancers at any given time. Accounting for turnover within the last five years we believe there are approximately 300 dancers within the putative class, all of whom are entitled to repayment of the tip credit impermissibly taken as described above.

In the absence of actual paychecks and timesheets, Ms. Garvin and Ms. Farnsworth estimate the following work dates, hours and alleged unpaid wages for which payment is sought regarding their claims:

**Ms. Leeza Garvin:**

**November 2012 - December 31, 2012:** 50 hours per week x $7.67 (Florida Minimum Wage) = $383.50 owed per week x 8.57 weeks worked = $3,286.60.

**January 1, 2013 - October, 2013:** 50 hours per week x $7.79 (Florida Minimum Wage) = $389.50 owed per week x 43.29 weeks worked = $16,861.46.

**Unpaid Wages Sought: $19,929.46**

**Ms. Jenell Farnsworth:**

**September 2011 – December 31, 2011:** 50 hours per week x $7.31 (Florida Minimum Wage) = $365.50 owed per week x 17.29 weeks worked = $6,319.50.

**January 1, 2012 – December 31, 2012:** 50 hours per week x $7.67 (Florida Minimum Wage) = $383.50 owed per week x 52.29 weeks worked = $20,053.22

**January 1, 2013 – December 31, 2013:** 50 hours per week x $7.79 (Florida Minimum Wage) = $389.50 owed per week x 52.43 weeks worked = $20,421.49

**January 1, 2014 – October, 2014:** 50 hours per week x $7.93 (Florida Minimum Wage) = $396.50 owed per week x 43.29 weeks worked = $17,164.49

**Unpaid Wages Sought: $63,958.70**

Since we have incomplete information for the remaining dancers, this number will be used as an estimate for our remaining clients for whom we do not have records. Assuming that Tootsie's Cabaret has on average 100 dancers at any given time during the 18 hours per day that Tootsie's is open, 7 days a week, for a total of 12,600 hours per week for which Tootsie's Cabaret failed to pay them proper minimum wage. Thus, the class damages are calculated as follows:

**September 16, 2011 - December 31, 2011:** 190,764 hours (15.14 weeks x 12,600 hours per week) x $7.31 (Florida Minimum Wage) = $1,394,484.80.

**January 1, 2012 - December 31, 2012:** 658,854.00 hours (52.29 weeks x 12,600 hours per week) x $7.67 (Florida Minimum Wage) = $5,053,410.10.

**January 1, 2013 - December 31, 2013:** 655,200 hours (52 weeks x 12,600 hours per week) x $7.79 (Florida Minimum Wage) = $5,104,008.00.

**January 1, 2014 - December 31, 2014:** 655,200 hours (52 weeks x 12,600 hours per week) x $7.93 (Florida Minimum Wage) = $5,195,736.00.

**January 1, 2015 - December 31, 2015:** 655,200 hours (52 weeks x 12,600 hours per week) x $8.05 (Florida Minimum Wage) = $5,274,360.00.

**January 1, 2016 - September 16, 2016:** 466,200 hours (37 weeks x 12,600 hours per week) x $8.05 (Florida Minimum Wage) = $3,752,910.00.

**Unpaid Wages Sought: $25,774,908.00**

Thus, to resolve this matter, Tootsie's Cabaret must pay **$51,549,816** in wages/liquidated damages to the class of exotic dancers for these unpaid minimum wages. However, note that this amount does not include illegal tip outs paid to DJ's, managers, house moms and fees paid as door fees, late charges, and credit card transactions. Further, any such tender must be accompanied by relevant pay and time records for each putative class member, so that we may confirm that this is indeed adequate pay for the unpaid minimum wages owed.

Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our clients, we will pursue a claim for retaliation pursuant to Fla. Stat. § 448.110(5).

Although we believe this pre-suit requirement to be unconstitutional, this notice is sent pursuant to Fla. Stat. § 448.110(6). You have fifteen (15) calendar days from receipt of this notice to tender the amounts above and provide the relevant documentation demanded to the undersigned.

Sincerely,

Andrew R. Frisch

3

# MORGAN & MORGAN®
*Attorneys At Law*

600 N. PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324
(954) 318-0268
FAX: (954) 327-3011

September 16, 2016

VIA CERTIFIED MAIL
RCI Hospitality Holdings, Inc.
c/o Corporate Creations Network, Inc.
11380 Prosperity Farms Road, #221E
Palm Beach Gardens, FL 33410

Re:   *Leeza Garvin, et al. v Tootsie's Cabaret*

**Notice Pursuant to Fla. Stat. § 448.110(6): Class Action claims for minimum wages under Article X, Section 24 of the Florida Constitution**

To Whom This Concerns:

This firm currently represents Leeza Garvin and Janell Farnsworth, and a putative class comprised of all entertainers/dancers who worked for you and your nightclub, Tootsie's Cabaret, since September 2011, who are seeking unpaid minimum wages under Article X, Section 24 of the Florida Constitution. Please accept this correspondence as Notice pursuant to Fla. Stat. § 448.110(6) regarding unpaid wages due and owing such entertainers, in the amount of approximately $25,774,908.00. Further, please allow this to serve as a demand for an additional $25,774,908.00 for mandatory liquidated damages under Article X, Section 24 of the Florida Constitution.

Although our primary clients are Leeza Garvin and Janell Farnsworth, the issue they have with you- unpaid minimum wages- is a common issue with respect to all entertainers/dancers who worked for you during the time period referenced above (collectively "dancers"). Thus, Ms. Garvin and Ms. Farnsworth seek to represent a class composed of all dancers employed by you within the last five years as a class action pursuant to Florida Rule of Civil Procedure 1.220, Rule 23 of the Federal Rules of Civil Procedure and as endorsed by Article X, Section 24(e) of the Florida Constitution.

Each of these dancers allege that they were not paid the proper minimum wages pursuant to Article X, Section 24 of the Florida Constitution because Tootsie's Cabaret, based upon my review, failed to pay its dancers minimum wages for all hours worked. As such, Ms. Garvin and

www.forthepeople.com

ATLANTA, GA ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ LAKELAND, FL
LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ MOBILE, AL ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ NEW YORK, NY ◆ ORLANDO, FL ◆ PENSACOLA, FL
PLANTATION, FL ◆ PRESTONSBURG, KY ◆ ST. AUGUSTINE, FL ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL ◆ SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL
THE VILLAGES, FL ◆ WEST PALM BEACH, FL ◆ WINTER HAVEN, FL

Ms. Farnsworth have a claim for unpaid wages under the FLSA and the Florida Statute §448.110, et. seq (the Florida Minimum Wage Act). Specifically, throughout the last 5 years, Tootsie's Cabaret has maintained a policy common to all of its dancers, whereby it appears that your company has failed to pay its dancers minimum wages for all hours worked.

Based on our investigation and information from our client, Tootsie's Cabaret employs approximately one hundred (100) dancers at any given time. Accounting for turnover within the last five years we believe there are approximately 300 dancers within the putative class, all of whom are entitled to repayment of the tip credit impermissibly taken as described above.

In the absence of actual paychecks and timesheets, Ms. Garvin and Ms. Farnsworth estimate the following work dates, hours and alleged unpaid wages for which payment is sought regarding their claims:

**Ms. Leeza Garvin:**

**November 2012 - December 31, 2012:** 50 hours per week x $7.67 (Florida Minimum Wage) = $383.50 owed per week x 8.57 weeks worked = $3,286.60.

**January 1, 2013 - October, 2013:** 50 hours per week x $7.79 (Florida Minimum Wage) = $389.50 owed per week x 43.29 weeks worked = $16,861.46.

    **Unpaid Wages Sought: $19,929.46**

**Ms. Jenell Farnsworth:**

**September 2011 – December 31, 2011:** 50 hours per week x $7.31 (Florida Minimum Wage) = $365.50 owed per week x 17.29 weeks worked = $6,319.50.

**January 1, 2012 – December 31, 2012:** 50 hours per week x $7.67 (Florida Minimum Wage) = $383.50 owed per week x 52.29 weeks worked = $20,053.22

**January 1, 2013 – December 31, 2013:** 50 hours per week x $7.79 (Florida Minimum Wage) = $389.50 owed per week x 52.43 weeks worked = $20,421.49

**January 1, 2014 – October, 2014:** 50 hours per week x $7.93 (Florida Minimum Wage) = $396.50 owed per week x 43.29 weeks worked = $17,164.49

    **Unpaid Wages Sought: $63,958.70**

Since we have incomplete information for the remaining dancers, this number will be used as an estimate for our remaining clients for whom we do not have records. Assuming that Tootsie's Cabaret has on average 100 dancers at any given time during the 18 hours per day that Tootsie's is open, 7 days a week, for a total of 12,600 hours per week for which Tootsie's Cabaret failed to pay them proper minimum wage. Thus, the class damages are calculated as follows:

**September 16, 2011 - December 31, 2011:** 190,764 hours (15.14 weeks x 12,600 hours per week) x $7.31 (Florida Minimum Wage) = $1,394,484.80.

**January 1, 2012 - December 31, 2012:** 658,854.00 hours (52.29 weeks x 12,600 hours per week) x $7.67 (Florida Minimum Wage) = $5,053,410.10.

**January 1, 2013 - December 31, 2013:** 655,200 hours (52 weeks x 12,600 hours per week) x $7.79 (Florida Minimum Wage) = $5,104,008.00.

**January 1, 2014 - December 31, 2014:** 655,200 hours (52 weeks x 12,600 hours per week) x $7.93 (Florida Minimum Wage) = $5,195,736.00.

**January 1, 2015 - December 31, 2015:** 655,200 hours (52 weeks x 12,600 hours per week) x $8.05 (Florida Minimum Wage) = $5,274,360.00.

**January 1, 2016 - September 16, 2016:** 466,200 hours (37 weeks x 12,600 hours per week) x $8.05 (Florida Minimum Wage) = $3,752,910.00.

**Unpaid Wages Sought: $25,774,908.00**

Thus, to resolve this matter, Tootsie's Cabaret must pay **$51,549,816** in wages/liquidated damages to the class of exotic dancers for these unpaid minimum wages. However, note that this amount does not include illegal tip outs paid to DJ's, managers, house moms and fees paid as door fees, late charges, and credit card transactions. Further, any such tender must be accompanied by relevant pay and time records for each putative class member, so that we may confirm that this is indeed adequate pay for the unpaid minimum wages owed.

Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our clients, we will pursue a claim for retaliation pursuant to Fla. Stat. § 448.110(5).

Although we believe this pre-suit requirement to be unconstitutional, this notice is sent pursuant to Fla. Stat. § 448.110(6). You have fifteen (15) calendar days from receipt of this notice to tender the amounts above and provide the relevant documentation demanded to the undersigned.

Sincerely,

Andrew R. Frisch

# MORGAN & MORGAN®
## Attorneys At Law

600 N. PINE ISLAND ROAD, SUITE 400
PLANTATION, FL 33324
(954) 318-0268
FAX: (954) 327-3011

September 16, 2016

VIA CERTIFIED MAIL
Miami Gardens Square One, Inc.
c/o its Registered Agent
Corporate Creations Network, Inc.
11380 Prosperity Farms Road #221E
Palm Beach Gardens, FL 33410

Re:   *Leeza Garvin, et al. v Tootsie's Cabaret*

**Notice Pursuant to Fla. Stat. § 448.110(6): Class Action claims for minimum wages under Article X, Section 24 of the Florida Constitution**

To Whom This Concerns:

This firm currently represents Leeza Garvin and Janell Farnsworth, and a putative class comprised of all entertainers/dancers who worked for you and your nightclub, Tootsie's Cabaret, since September 2011, who are seeking unpaid minimum wages under Article X, Section 24 of the Florida Constitution. Please accept this correspondence as Notice pursuant to Fla. Stat. § 448.110(6) regarding unpaid wages due and owing such entertainers, in the amount of approximately $25,774,908.00. Further, please allow this to serve as a demand for an additional $25,774,908.00 for mandatory liquidated damages under Article X, Section 24 of the Florida Constitution.

Although our primary clients are Leeza Garvin and Janell Farnsworth, the issue they have with you- unpaid minimum wages- is a common issue with respect to all entertainers/dancers who worked for you during the time period referenced above (collectively "dancers"). Thus, Ms. Garvin and Ms. Farnsworth seek to represent a class composed of all dancers employed by you within the last five years as a class action pursuant to Florida Rule of Civil Procedure 1.220, Rule 23 of the Federal Rules of Civil Procedure and as endorsed by Article X, Section 24(e) of the Florida Constitution.

Each of these dancers allege that they were not paid the proper minimum wages pursuant to Article X, Section 24 of the Florida Constitution because Tootsie's Cabaret, based upon my review, failed to pay its dancers minimum wages for all hours worked. As such, Ms. Garvin and Ms. Farnsworth have a claim for unpaid wages under the FLSA and the Florida Statute

www.forthepeople.com

ATLANTA, GA ◆ BOWLING GREEN, KY ◆ COLUMBUS, GA ◆ DAYTONA BEACH, FL ◆ FT. MYERS, FL ◆ JACKSON, MS ◆ JACKSONVILLE, FL ◆ KISSIMMEE, FL ◆ LAKELAND, FL
LEXINGTON, KY ◆ LOUISVILLE, KY ◆ MELBOURNE, FL ◆ MEMPHIS, TN ◆ MOBILE, AL ◆ NAPLES, FL ◆ NASHVILLE, TN ◆ NEW YORK, NY ◆ ORLANDO, FL ◆ PENSACOLA, FL
PLANTATION, FL ◆ PRESTONSBURG, KY ◆ ST. AUGUSTINE, FL ◆ ST. PETERSBURG, FL ◆ SARASOTA, FL ◆ SAVANNAH, GA ◆ TALLAHASSEE, FL ◆ TAMPA, FL ◆ TAVARES, FL
THE VILLAGES, FL ◆ WEST PALM BEACH, FL ◆ WINTER HAVEN, FL

§448.110, et. seq (the Florida Minimum Wage Act). Specifically, throughout the last 5 years, Tootsie's Cabaret has maintained a policy common to all of its dancers, whereby it appears that your company has failed to pay its dancers minimum wages for all hours worked.

Based on our investigation and information from our client, Tootsie's Cabaret employs approximately one hundred (100) dancers at any given time. Accounting for turnover within the last five years we believe there are approximately 300 dancers within the putative class, all of whom are entitled to repayment of the tip credit impermissibly taken as described above.

In the absence of actual paychecks and timesheets, Ms. Garvin and Ms. Farnsworth estimate the following work dates, hours and alleged unpaid wages for which payment is sought regarding their claims:

**Ms. Leeza Garvin:**

**November 2012 - December 31, 2012:** 50 hours per week x $7.67 (Florida Minimum Wage) = $383.50 owed per week x 8.57 weeks worked = $3,286.60.

**January 1, 2013 - October, 2013:** 50 hours per week x $7.79 (Florida Minimum Wage) = $389.50 owed per week x 43.29 weeks worked = $16,861.46.

    **Unpaid Wages Sought:** $19,929.46

**Ms. Jenell Farnsworth:**

**September 2011 – December 31, 2011:** 50 hours per week x $7.31 (Florida Minimum Wage) = $365.50 owed per week x 17.29 weeks worked = $6,319.50.

**January 1, 2012 – December 31, 2012:** 50 hours per week x $7.67 (Florida Minimum Wage) = $383.50 owed per week x 52.29 weeks worked = $20,053.22

**January 1, 2013 – December 31, 2013:** 50 hours per week x $7.79 (Florida Minimum Wage) = $389.50 owed per week x 52.43 weeks worked = $20,421.49

**January 1, 2014 – October, 2014:** 50 hours per week x $7.93 (Florida Minimum Wage) = $396.50 owed per week x 43.29 weeks worked = $17,164.49

    **Unpaid Wages Sought:** $63,958.70

Since we have incomplete information for the remaining dancers, this number will be used as an estimate for our remaining clients for whom we do not have records. Assuming that Tootsie's Cabaret has on average 100 dancers at any given time during the 18 hours per day that Tootsie's is open, 7 days a week, for a total of 12,600 hours per week for which Tootsie's Cabaret failed to pay them proper minimum wage. Thus, the class damages are calculated as follows:

**September 16, 2011 - December 31, 2011:** 190,764 hours (15.14 weeks x 12,600 hours per week) x $7.31 (Florida Minimum Wage) = $1,394,484.80.

**January 1, 2012 - December 31, 2012:** 658,854.00 hours (52.29 weeks x 12,600 hours per week) x $7.67 (Florida Minimum Wage) = $5,053,410.10.

**January 1, 2013 - December 31, 2013:** 655,200 hours (52 weeks x 12,600 hours per week) x $7.79 (Florida Minimum Wage) = $5,104,008.00.

**January 1, 2014 - December 31, 2014:** 655,200 hours (52 weeks x 12,600 hours per week) x $7.93 (Florida Minimum Wage) = $5,195,736.00.

**January 1, 2015 - December 31, 2015:** 655,200 hours (52 weeks x 12,600 hours per week) x $8.05 (Florida Minimum Wage) = $5,274,360.00.

**January 1, 2016 - September 16, 2016:** 466,200 hours (37 weeks x 12,600 hours per week) x $8.05 (Florida Minimum Wage) = $3,752,910.00.

**Unpaid Wages Sought: $25,774,908.00**

Thus, to resolve this matter, Tootsie's Cabaret must pay **$51,549,816** in wages/liquidated damages to the class of exotic dancers for these unpaid minimum wages. However, note that this amount does not include illegal tip outs paid to DJ's, managers, house moms and fees paid as door fees, late charges, and credit card transactions. Further, any such tender must be accompanied by relevant pay and time records for each putative class member, so that we may confirm that this is indeed adequate pay for the unpaid minimum wages owed.

Additionally, please be aware that the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages. Therefore, to the extent any attempt is made to penalize, discipline, punish, threaten, intimidate, or discriminate against our clients, we will pursue a claim for retaliation pursuant to Fla. Stat. § 448.110(5).

Although we believe this pre-suit requirement to be unconstitutional, this notice is sent pursuant to Fla. Stat. § 448.110(6). You have fifteen (15) calendar days from receipt of this notice to tender the amounts above and provide the relevant documentation demanded to the undersigned.

Sincerely,

Andrew R. Frisch

3